# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

BRENDA WRIGHT,

     Plaintiff,

vs.                                            CASE NO.  5:04cv183-SPM/MD

JO ANNE B. BARNHART,
Commissioner of Social Secuirty,

     Defendant.

_____/

## **ORDER**

THIS CAUSE comes for consideration upon the magistrate judge's report and recommendation dated March 2, 2005 (doc. 15).  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.  Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 15) is ADOPTED and incorporated by reference in this order.

2.      This case is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

DONE AND ORDERED this 27th day of April, 2005.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

CASE NO.  5:04cv183-SPM/MD